IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSEPH SMITH ,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

  v.

Case No.  16-cv-12-jdp

CAPITAL ONE BANK USA, N.A. AND
MESSERLI & KRAMER, P.A.,

    Defendants.

    This action came before the court for consideration with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered granting defendants' motions to dismiss and dismissing this case.

    s/V. Olmo, Deputy Clerk              9/12/2016
    Peter Oppeneer, Clerk of Court           Date